Daniel Kalish, ISB No. 12485
dkalish@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
999 West Main Street, Suite 100
Boise, ID 83702
Telephone:    503-334-0695
Facsimile:    206-260-3055

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCOTTY AMOS, an individual, | Case No.: 1:25-cv-00387-DCN |
| Plaintiff, | PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| IDAHO DEPARTMENT OF CORRECTION, a state agency; DODDS HAYDEN, in his individual capacity; LUKE MALEK, in his individual capacity; BREE DERRICK, in her individual capacity; RUSSELL ROSS, in his individual capacity; DAVID DIETZ, in his individual capacity, VERNON GREENLAND, in his individual capacity; TYLER NICODEMUS, in his individual capacity; JOSHUA FLAVIN, in his individual capacity; KENNETH MEZO, in his individual capacity, and JACOB RAINVILLE in his individual capacity, | |
| Defendants. | |

1 – PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Scotty Amos hereby dismisses, without prejudice, his claims against all Defendants in this matter.

DATED:  October 13, 2025.

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Daniel Kalish*
    Daniel Kalish, ISB No. 12485
    Email: dkalish@hkm.com

*Attorneys for Plaintiff*